**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 17-04034
JASON LEWIS ZILBERBRAND
                              Debtor

Adversary Proceeding No. 19-00092
ILENE F. GOLDSTEIN, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF JASON LEWIS ZILBERBRAND
                              Plaintiff

v.

NICOLE ZILBERBRAND
                              Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To: NICOLE ZILBERBRAND**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Paul M Bauch<br>53 West Jackson Boulevard Ste 1115<br>Chicago, IL 60604 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Park City Branch Court<br>301 Greenleaf Avenue | Status Hearing Date and Time<br>03/22/2019 at 01:30PM |
| Park City IL 60085 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued 02/11/2019

Jeffrey P. Allsteadt

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

| Ilene F. Goldstein, T'ee v. Nicole Zilberbrand | Adv Proc No: **19-00092** |
|---|---|
| Plaintiff v Defendant | |

## CERTIFICATE OF SERVICE

I, __Justin R. Storer__, certify that service of this summons and a copy of the complaint was made __2/11/2019__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Nicole Zilberbrand, 4560 Eleanor Drive, Lake Zurich, IL 60047

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __2/11/2019__   Signature _/s/ Justin Storer_

Print Name: Justin R. Storer

Business Address: 53 W. Jackson, Suite 1115
Chicago, IL 60604