UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>JASON LEWIS ZILBERBRAND,<br><br>Debtor(s)<br>ILENE F. GOLDSTEIN, not individually but as chapter 7 Trustee for the Estate of Jason Lewis Zilberbrand,<br><br>Plaintiff(s)<br>NICOLE ZILBERBRAND,<br><br>Defendant(s) | BK No.: 17-04034<br><br>Chapter: 7<br><br>Honorable A. Benjamin Goldgar<br><br>Adv. No.: 19-00092 |

### DEFAULT ORDER

This matter, coming to be heard on the Plaintiff's motion for default and default judgment, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court ORDERS:

Defendant, Nicole Zilberbrand, is in default.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

APR 1 2 2019
Dated:

**Prepared by:**
Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
Justin R. Storer (ARDC #6293889)
Lakelaw | 53 W. Jackson, Suite 1115 | Chicago, IL 60604