UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:
JASON LEWIS ZILBERBRAND,

) BK No.: 17-04034
)
) Chapter: 7
)
) Honorable A. Benjamin Goldgar
)
Debtor(s) )
ILENE F. GOLDSTEIN, not individually but as chapter 7 ) Adv. No.: 19-00092
Trustee for the Estate of Jason Lewis Zilberbrand, )
)
Plaintiff(s) )
NICOLE ZILBERBRAND, )
)
)
Defendant(s) )

## DEFAULT JUDGMENT ORDER

This matter, coming to be heard on the Plaintiff's motion for default and default judgment, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court ORDERS:

1. Nicole Zilberbrand being found in default, judgment is entered against her on counts I, II, III, and IV, of the plaintiff's complaint,

2. Judgment is entered against Nicole Zilberbrand in the amount of $199,405.20, plus all costs and fees, with interest to accrue pursuant to applicable law.

Enter:

APR 1 2 2019

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
Justin R. Storer (ARDC #6293889)
Lakelaw | 53 W. Jackson, Suite 1115 | Chicago, IL 60604